IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RODNEY SHEFFIELD,

    Plaintiff,
v.                                              CASE NO. 1:20-cv-64-AW-GRJ

OFFICER SULLIVAN, et al.,

    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff Rodney Sheffield, an inmate at the Alachua County Jail, initiated this case by filing a civil rights complaint pursuant to 42 U.S.C. § 1983. ECF No. 1. Plaintiff failed to either pay the $400.00 filing fee ($350.00 fee plus $50 administrative fee)[1] or file a motion for leave to proceed as a pauper. Pursuant to N.D. Fla. Loc. R. 5.1(H), "[a] civil action shall not be filed by the clerk until the fee is paid . . . unless the complaint or petition is accompanied by a motion for leave to proceed *in forma pauperis* [IFP]."

In addition, the Court preliminarily screened the Complaint pursuant to 28 U.S.C. § 1915A, and concluded that Plaintiff should be required to file

---

[1] If a prisoner is granted leave to proceed *in forma pauperis* the filing fee is paid in installments totaling $350.00.

an amended complaint. ECF No. 3. The Court ordered Plaintiff to file an amended complaint and either pay the filing fee for file a motion for leave to proceed as a pauper on or before April 16, 2020. *Id.*

As of this date, Plaintiff has neither complied with the Court's order nor sought an extension of time to do so. In view of Plaintiff's failure to respond, it appears that he has abandoned this case.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with an order of the court and failure to prosecute.

**IN CHAMBERS** this 21st day of April 2020.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.