# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**RODNEY SHEFFIELD,**

    **Plaintiff,**

**v.**                                                                              **Case No. 1:20-cv-64-AW-GRJ**

**OFFICER SULLIVAN, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

The magistrate judge's April 21, 2020 report and recommendation (ECF No. 4)—to which no objections were filed—is adopted and incorporated by reference in this Order. This case is dismissed for failure to comply with a court order and failure to prosecute. The clerk will close the file.

SO ORDERED on May 25, 2020.

                                                                s/ *Allen Winsor*
                                                                 United States District Judge